UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTHONY ANDREW GALLAND, | ) | CASE NO. SA CV 10-1208-SJO (PJW) |
| Petitioner, | ) ) ) | J U D G M E N T |
| v. | ) ) | |
| STATE OF CALIFORNIA, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: March 3, 2011.

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

C:\Temp\notesFFF692\Judgment.wpd